Reported below, 38 AD3d 702.

Motion by the Carter appellants for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion by appellant Sims for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

JERICHO WATER DISTRICT, Respondent, v ONE CALL USERS COUNCIL, INC., et al., Appellants.

Submitted December 10, 2007; decided December 13, 2007

Reported below, 37 AD3d 136.

Motion by New York State Department of Public Service for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; DIANA BB., Respondent. (Proceeding No. 1.)

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; FRANCIS BB., Respondent. (Proceeding No. 2.)

Submitted December 10, 2007; decided December 13, 2007

Reported below, 42 AD3d 208.

Motion by the National Council for Adoption for leave to file an affidavit amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.